

> The Case Management Conference is adjourned until March 31, 2020 at 10:30AM in Courtroom 18C.  SO ORDERD.
>
> Date:   2/11/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NIKI BARGUEIRAS**
*Senior Counsel*
Phone: (212) 356-3520
Fax: (212) 356-3509
nbarguei@law.nyc.gov

February 11, 2020

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Vardell Hughes v. City of New York et al.</u>, 18 CV 9380 (MKV) (KNF)

Your Honor:

      I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, representing defendant City of New York, Stephen Malvagna, John Campanella and Carlos Fabara ("defendants") in the above referenced matter. Defendants write to respectfully request a limited adjournment of the Case Management Conference currently scheduled for February 13, 2020 at 9:15 a.m. This is defendants' first request for an adjournment of this conference. Plaintiff's counsel, Cyrus Joubin, Esq., consents to this request.

      Defendants respectfully request a limited adjournment of the Case Management Conference in this matter, in light of the fact that discovery was extended until March 23, 2020 and that there is a pending motion before the Honorable Kevin N. Fox. Thus, defendants request that the conference be adjourned to closer to the end of discovery and in order to reserve judicial resources. For the Court's convenience, defendants have conferred with plaintiff's counsel and, the Court's schedule allowing, defendants propose that the conference be adjourned until March 19, 2020, or at a date and time that is convenient to the Court.

      Accordingly, defendants respectfully request, with plaintiff's counsel's consent, that the February 13, 2020 Case Management Conference be adjourned.

Defendants thank you for your consideration in this regard.

Respectfully submitted,

/s/ *Niki Bargueiras*
Niki Bargueiras
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Cyrus Joubin, Esq.
*Attorney for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020
```