```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VARDELL HUGHES,                                 :

                    Plaintiff,                  :     **ORDER**

        v.                                      :     18-CV-9380 (GBD) (KNF)

THE CITY OF NEW YORK, NEW YORK CITY             :
POLICE OFFICER STEPHEN MALVAGNA,
JOHN CAMPANELLA, LIEUTENANT CARLOS              :
FABARA AND OFFICERS JOHN DOES 1-5 in
their individual and official capacities,       :

                    Defendants.                 :
------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The plaintiff filed a motion for an order holding Gamaliel Arroyo in civil contempt, Docket Entry No. 47. On or before April 13, 2020, the plaintiff shall file an affidavit of service of the motion papers on Gamaliel Arroyo.

Dated: New York, New York
       April 9, 2020                    SO ORDERED:

                                        _____
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE